JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE A. W.[1], an Individual,<br><br>           Plaintiff,<br><br>           v.<br><br>MARTIN O'MALLEY[2], Commissioner of Social Security,<br><br>           Defendant. | Case No.: 5:23-00781 ADS<br><br><br><br>JUDGMENT OF REMAND |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant.

In accordance with the Memorandum Opinion and Order, Dkt. No. 22, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order of Remand.

DATE: August 28, 2024

                          /s/ Autumn D. Spaeth
                  THE HONORABLE AUTUMN D. SPAETH
                  United States Magistrate Judge