1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11 | LAURIE ANNE WILLIAMS,                ) Case No.: 5:23-cv-00781-CJC-ADS
                                                     )
12 |            Plaintiff,                         ) ORDER AWARDING EQUAL
                                                     ) ACCESS TO JUSTICE ACT
13 |      vs.                                      ) ATTORNEY FEES AND EXPENSES
                                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MARTIN O'MALLEY,                      ) AND COSTS PURSUANT TO 28
      Commissioner of Social Security,    ) U.S.C. § 1920
15 |                                              )
                                                     )
            Defendant                        )
16 |                                              )
                                                     )
17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20        IT IS ORDERED that fees and expenses in the amount of $8,700.00 as

21   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22   awarded subject to the terms of the Stipulation.

23   DATE:   10/30/2024

24                              /s/ Autumn D. Spaeth
                          THE HONORABLE AUTUMN D. SPAETH
25                        UNITED STATES MAGISTRATE JUDGE

26

-1-